EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re:<br><br>Francisco Joubert Lugo | 2022 TSPR 120<br><br>210 DPR ___ |

Número del Caso:  TS-10,698


Fecha:  28 de septiembre de 2022


Abogado de la parte peticionaria:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la abogacía.


Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Francisco Joubert Lugo                    TS-10,698

Sala de Verano integrada por la Jueza Presidenta Oronoz Rodríguez, el Juez Asociado señor Kolthoff Caraballo, el Juez Asociado señor Feliberti Cintrón y el Juez Asociado señor Estrella Martínez

RESOLUCIÓN

En San Juan, Puerto Rico, a 28 de septiembre de 2022.

Examinada la *Moción solicitando reinstalación al ejercicio de la abogacía* que presentó el Sr. Francisco Joubert Lugo, se provee ha lugar. En consecuencia, se le reinstala al ejercicio de la abogacía únicamente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo